AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

LOCALS 302 AND 612 OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS-EMPLOYERS
CONSTRUCTION INDUSTRY RETIREMENT TRUST,
Derivatively on Behalf of LEHMAN BROTHERS
HOLDINGS INC.,

V.

RICHARD S. FULD, JR., JOSEPH M. GREGORY, CHRISTOPHER
M. O'MEARA, THOMAS A. RUSSO, JEREMY M. ISAACS,
DAVID GOLDFARB, BRADLEY H. JACK, JEFFREY VANDERBEEK,
JONATHAN E. BEYMAN, MICHAEL L. AINSLIE, JOHN F. AKERS,
ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS,
SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN,
JOHN D. MACOMBER and DINA MERRILL,

                                          Defendants,

- and -

LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation,
Nominal Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 3950**

TO: (Name and address of Defendant)

See attached schedule A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

J. MICHAEL McMAHON

| | |
|---|---|
| CLERK | DATE    MAY 2 1 200? |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
| --- | --- |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G** Returned _____

**G** Other _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule "A"

Lehman Brothers Holdings, Inc.
c/o Prentice Hall Corporation System
80 State Street
Albany, NY 12207
(Albany County)

Richard S. Fuld, Jr.
11 Clinton Lane
Harrison, NY 10528
(Westchester County)

Joseph M. Gregory
2 Lloyd Core Court
Lloyd Harbor, NY 11743
(Suffolk County)

Christopher M. O'Meara
3 Ophir Drive
Purchase, NY 10577
(Westchester County)

Thomas A. Russo
85 Ridge Road
Rumson, NJ 07760
(Monmouth County)

Jeremy M. Isaacs
c/o Lehman Brothers
745 Seventh Ave.
New York, NY 10019
(New York County)

David Goldfarb
c/o Lehman Brothers
745 Seventh Ave.
New York, NY 10019
(New York County)

Bradley H. Jack
1155 Sasco Hill Road
Fairfield, CT 06824

(Fairfield County)

Jeffrey Vanderbeek
3 Hilltop Court
Warren, NJ 07059
(Somerset County)

Jonathan E. Beyman
1 Singing Woods Court
Norwalk, CT 06850
(Fairfield County)

Michael Ainslie
415 Seaspray Avenue
Palm Beach, FL 33480
(Palm Beach County)

John F. Akers
1 Sturges Highway
Westport, CT 06880
(Fairfield County)

Roger S. Berlind
120 East End Avenue, #8A
New York, NY 10028
(New York County)

Thomas H. Cruikshank
5949 Sherry Lane, Unit 1035
Dallas, TX 75225
(Collin County)

Marsha Johnson Evans
722 South Union Street
Alexandria, VA 22314
(Fairfax County)

Sir Christopher Gent
c/o Lehman Brothers
745 Seventh Ave.
New York, NY 10019
(New York County)

Roland A. Hernandez
300 North San Rafael

Pasadena, CA 91105
(Los Angeles County)

Henry Kaufman
943 Cherokee Lane
Franklin Lake, NJ 07417
(Bergen County)

John D. Macomber
2806 N Street NW
Washington, DC 2007
(District of Columbia)

Dina Merrill
870 United Nations Plaza 35D
New York, NY 10017
(New York County)

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers<br>Defendant: Richard S. Fuld, Jr., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*                 Lehman Brothers Holdings, Inc., a Delaware Corporation
    b. *Person served:*             Mia Howard, Legal Assistant / Authorized to Accept Legal Process

4. *Address where the party was served:*        1301 Avenue of the Americas
                                            New York, NY 10019

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                       *Fee for Service:*
    a. Jason Agee                                    I Declare under penalty of perjury under the laws of the State of
    b. **Class Action Research &**                    New York that the foregoing is true and correct.
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663             *6 - 5 - 07*
    c. (866) 663-9590, FAX (866) 663-4955         *(Date)*                    *(Signature)*

MICHAEL KEATING<br>Notary Public, State of New York<br>Reg. No. 01-KE-4851559<br>Qualified in New York County<br>Commission Expires February 3, 20 / 0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires *2 - 3 - / 0*
            *(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint                          (Notary Public)          *sarud.100146*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100        FAX No: 631-367-1173 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers |
|---|
| Defendant: Richard S. Fuld, Jr., et al. |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*          Richard S. Fuld, Jr.
   b. *Person served:*        Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*   Lehman Brothers
                                            1301 Avenue of the Americas
                                            New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                                  I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**                 New York that the foregoing is true and correct.
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663                     *6 - 5 - 0 7*                    _____
   c. (866) 663-9590, FAX (866) 663-4955      *(Date)*                        *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

   My Commission Expires *2 - 3 - 10*
                          *(Date)*
                                        AFFIDAVIT OF SERVICE
                                        Summons & Complaint           *(Notary Public)*        *tarud.100147*

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Southern District Of New York

Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers

Defendant: Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*          Joseph M. Gregory
 *b. Person served:*        Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*   Lehman Brothers
               1301 Avenue of the Americas
               New York, NY 10019

*5. I served the party:*
 **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
 process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*       *Fee for Service:*
 a. Jason Agee           I Declare under penalty of perjury under the laws of the State of
 **b. Class Action Research &**      New York that the foregoing is true and correct.
  Litigation Support Services, Inc.
  P O Box 740
  Penryn, CA 95663      6-5-07
 c. (866) 663-9590, FAX (866) 663-4955   *(Date)*      *(Signature)*

**MICHAEL KEATING**
**Notary Public, State of New York**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission Expires February 3, 20** 10

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2-3-10
        *(Date)*

      AFFIDAVIT OF SERVICE       *(Notary Public))*   *sarud.190148*
      Summons & Complaint

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
|---|---|

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Southern District Of New York |

| *Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers |
|---|
| *Defendant:* Richard S. Fuld, Jr., et al. |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*             Christopher M. O'Meara
   *b. Person served:*         Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*      Lehman Brothers
                                                1301 Avenue of the Americas
                                                New York, NY 10019

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*                              *Fee for Service:*
   a. Jason Agee                                       I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**                         New York that the foregoing is true and correct.
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA 95663              6-5-07
   c. (866) 663-9590, FAX (866) 663-4955       *(Date)*                           *(Signature)*

**MICHAEL KEATING**
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2-3-10
                  *(Date)*

**AFFIDAVIT OF SERVICE**
Summons & Complaint                              *(Notary Public)*           sarud.100149

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers |
|---|
| Defendant: Richard S. Fuld, Jr., et al. |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*      Thomas A. Russo
     b. *Person served:*      Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*      Lehman Brothers
     1301 Avenue of the Americas
     New York, NY 10019

5. *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*             *Fee for Service:*
     a. Jason Agee                    I Declare under penalty of perjury under the laws of the State of
     b. **Class Action Research &**            New York that the foregoing is true and correct.
     Litigation Support Services, Inc.
     P O Box 740
     Penryn, CA 95663              *6-5-07*
     c. (866) 663-9590, FAX (866) 663-4955      *(Date)*           *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 *10*

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires *2-3-10*
           *(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint            *(Notary Public)*      sarud:100140

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone No: 631-367-7100        FAX No: 631-367-1173 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>   United States District Court - Southern District Of New York | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers | | |
| Defendant: Richard S. Fuld, Jr., et al. | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3.  a. *Party served:*              Jeremy M. Isaacs
    b. *Person served:*            Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4.  *Address where the party was served:*     Lehman Brothers
                                            1301 Avenue of the Americas
                                            New York, NY  10019

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
        process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*
    a. Jason Agee
    b. **Class Action Research &**
       Litigation Support Services, Inc.
       P O Box 740
       Penryn, CA  95663
    c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

6 - 5 - 0 7
*(Date)*                              *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County        /0
Commission Expires February 3, 20____

8.  *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires  2 - 3 - /0
                      *(Date)*

**AFFIDAVIT OF SERVICE**
**Summons & Complaint**

*(Notary Public)*

sarud.100151

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>*Telephone No:* 631-367-7100        *FAX No:* 631-367-1173 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Southern District Of New York

*Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers
*Defendant:* Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*         David Goldfarb
   *b. Person served:*      Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*    Lehman Brothers
                                            1301 Avenue of the Americas
                                            New York, NY  10019

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*                        *Fee for Service:*
   a. Jason Agee                                       I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research &**                      New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740                          *6-5-07*
      Penryn, CA  95663                    _____        _____
   c. (866) 663-9590, FAX (866) 663-4955        *(Date)*                    *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20__/0

*8.  SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires *2-3-/0*
                       *(Date)*

                                        AFFIDAVIT OF SERVICE          *(Notary Public))*          *carud.100152*
                                        Summons & Complaint

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | |

*Attorney for:* Plaintiff

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers

*Defendant:* Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*                Bradley H. Jack
   b. *Person served:*            Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*        Lehman Brothers
                                                1301 Avenue of the Americas
                                                New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*                          *Fee for Service:*
   a. Jason Agee                                        I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**                       New York that the foregoing is true and correct.
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA  95663                    $6 - 5 - o7$
   c. (866) 663-9590, FAX (866) 663-4955        *(Date)*                    *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires  2 - 3 - 10
                           *(Date)*

AFFIDAVIT OF SERVICE                                        *(Notary Public)*
Summons & Complaint                                                        *sarud.X00153*

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>  United States District Court - Southern District Of New York | | | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers | | | | |
| Defendant: Richard S. Fuld, Jr., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*               Jeffrey Vanderbeek
   *b. Person served:*           Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*        Lehman Brothers
                                                1301 Avenue of the Americas
                                                New York, NY 10019

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*                          *Fee for Service:*
   a. Jason Agee                                    I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**                  New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663               *6 - 5 -07*
   c. (866) 663-9590, FAX (866) 663-4955           *(Date)*                  *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 / 0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires *2 - 3 - 10*
           *(Date)*                           **AFFIDAVIT OF SERVICE**                  *(Notary Public)*         sarud.100134
                                          Summons & Complaint

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers |
|---|
| Defendant: Richard S. Fuld, Jr., et al. |

| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

| 3. a. *Party served:* | Jonathan E. Beyman |
|---|---|
|    b. *Person served:* | Mia Howard, Legal Assistant / Authorized Representative to Accept Service |

4. *Address where the party was served:*  Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

5. *I served the party:*
  a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*
  a. Jason Agee
  b. **Class Action Research &**
    Litigation Support Services, Inc.
    P O Box 740
    Penryn, CA 95663
  c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6-5-07
*(Date)*                    *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires  2 - 3 - 10
           *(Date)*

**AFFIDAVIT OF SERVICE**
Summons & Complaint                    (Notary Public)            sarud.100158

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100       FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff                    Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers |
| Defendant: Richard S. Fuld, Jr., et al. |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*         Michael L. Ainslie
   b. *Person served:*        Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*        Lehman Brothers
                                                1301 Avenue of the Americas
                                                New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*
   a. Jason Agee
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

6 - 5 - 07
*(Date)*

_____
*(Signature)*

**MICHAEL KEATING**
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20__ / 0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires 2 - 3 - 10
*(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint

_____
(Notary Public)

sa/6.100156

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | For Court Use Only |
|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers<br>Defendant: Richard S. Fuld, Jr., et al. | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*                    John F. Akers
   b. *Person served:*                  Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*    Lehman Brothers
                                         1301 Avenue of the Americas
                                         New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                                  I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research &**                 New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663                            6-5-07
   c. (866) 663-9590, FAX (866) 663-4955          *(Date)*                        *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20____

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2-3-10
                       *(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint                    *(Notary Public)*                sarud./60157

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers | | |
| Defendant: Richard S. Fuld, Jr., et al. | | |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*                    Roger S. Berlind
   b. *Person served:*                   Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*    Lehman Brothers
                                            1301 Avenue of the Americas
                                            New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                                  I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research &**                 New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663                            6-5-07
   c. (866) 663-9590, FAX (866) 663-4955          *(Date)*                    *(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 15

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State

My Commission Expires 2-3-10
                        *(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint                                    *(Notary Public))*                    agrud.100158

| Attorney or Party without Attorney:<br>  Samuel H. Rudman, Esq.<br>  Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>  58 South Service Road, Suite 200<br>  Melville, NY 11747 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 631-367-7100           FAX No: 631-367-1173 | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>  United States District Court - Southern District Of New York | | | | |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers | | | | |
| Defendant: Richard S. Fuld, Jr., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*  
    *b. Person served:*  
                                        Thomas H. Cruikshank  
                                        Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*  
                                        Lehman Brothers  
                                        1301 Avenue of the Americas  
                                        New York, NY 10019

*5. I served the party:*  
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*                            *Fee for Service:*  
    a. Jason Agee                                 I Declare under penalty of perjury under the laws of the State of  
    b. Class Action Research &                  New York that the foregoing is true and correct.  
       Litigation Support Services, Inc.  
       P O Box 740  
       Penryn, CA 95663             6 - 5 - 07  
    c. (866) 663-9590, FAX (866) 663-4955       *(Date)*                            *(Signature)*

MICHAEL KEATING  
Notary Public, State of New York  
Reg. No. 01-KE-4851559  
Qualified in New York County  
Commission Expires February 3, 20 10

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires  2 - 3 - 10  
             *(Date)*

**AFFIDAVIT OF SERVICE**  
**Summons & Complaint**                     *(Notary Public)*

                                                        sarul.160159

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York |
|---|
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers<br>Defendant: Richard S. Fuld, Jr., et al. |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. Party served:           Marsha Johnson Evans
   b. Person served:          Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. Address where the party was served:    Lehman Brothers
                                          1301 Avenue of the Americas
                                          New York, NY 10019

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                                  I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research &**                 New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663                    6 - 5 - 0 7
   c. (866) 663-9590, FAX (866) 663-4955      *(Date)*                    *(Signature)*

**MICHAEL KEATING**
**Notary Public, State of New York**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission Expires February 3, 20** *10*

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2 - 3 - 10
                        *(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint                                *(Notary Public)*            sarud.00160

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100        FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court - Southern District Of New York

Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers
Defendant: Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*                 Sir Christopher Gent
   b. *Person served:*               Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*    Lehman Brothers
                                            1301 Avenue of the Americas
                                            New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                                   I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research &**                  New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740                          6 - 5 - 0 7
      Penryn, CA 95663                        *(Date)*                          *(Signature)*
   c. (866) 663-9590, FAX (866) 663-4955

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 /0

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

   My Commission Expires  2 - 3 - 10
                              *(Date)*

            AFFIDAVIT OF SERVICE
            Summons & Complaint                    *(Notary Public)*                    sdrud.100161

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | For Court Use Only |
|---|---|
| *Attorney for:* Plaintiff    \| *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| *Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers |
|---|
| *Defendant:* Richard S. Fuld, Jr., et al. |

| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

3. a. *Party served:*          Roland A. Hernandez
   b. *Person served:*      Mia Howard, Legal Assistant / Authorized Representative to Accept Service

4. *Address where the party was served:*      Lehman Brothers
                                1301 Avenue of the Americas
                                New York, NY 10019

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
     process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*                    *Fee for Service:*
   a. Jason Agee                    I Declare under penalty of perjury under the laws of the State of
   **b. Class Action Research &**          New York that the foregoing is true and correct.
     Litigation Support Services, Inc.
     P O Box 740
     Penryn, CA 95663                    *6-5-07*
   c. (866) 663-9590, FAX (866) 663-4955          *(Date)*                    *(Signature)*

**MICHAEL KEATING**
**Notary Public, State of New York**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission Expires February 3, 20** _1O_

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

   My Commission Expires *2 - 3 - 10*
              *(Date)*                    **AFFIDAVIT OF SERVICE**                    *(Notary Public))*
                       Summons & Complaint                    *surpd.100162*

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100     *FAX No:* 631-367-1173 | | | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers

*Defendant:* Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

| 3. a. *Party served:* | Henry Kaufman |
|---|---|
| b. *Person served:* | Mia Howard, Legal Assistant / Authorized Representative to Accept Service |

4. *Address where the party was served:*     Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

5. *I served the party:*
 a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

7. *Person Who Served Papers:*
 a. Jason Agee
 **b. Class Action Research &**
 Litigation Support Services, Inc.
 P O Box 740
 Penryn, CA 95663
 c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

6-5-07
*(Date)*

_____
*(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20___

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2-3-10
*(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint

*(Notary Public)*

sacud.100163

| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |
| Plaintiff: Locals 302 and 612 of the International Union of Operating Engineers |
| Defendant: Richard S. Fuld, Jr., et al. |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

| *3. a. Party served:* | John D. Macomber |
|---|---|
| *b. Person served:* | Mia Howard, Legal Assistant / Authorized Representative to Accept Service |

*4. Address where the party was served:*    Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*
   a. Jason Agee
   **b. Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

6 - 5 - 07
*(Date)*

*(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 / 0

*8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2 - 3 - 10
*(Date)*

AFFIDAVIT OF SERVICE
Summons & Complaint

*(Notary Public)*

starud.100164

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Lerach Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100      *FAX No:* 631-367-1173 | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
|---|---|

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Southern District Of New York |

*Plaintiff:* Locals 302 and 612 of the International Union of Operating Engineers
*Defendant:* Richard S. Fuld, Jr., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV3950 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case; Verified Shareholder Derivative Complaint

*3. a. Party served:*  Dina Merrill
  *b. Person served:*  Mia Howard, Legal Assistant / Authorized Representative to Accept Service

*4. Address where the party was served:*  Lehman Brothers
  1301 Avenue of the Americas
  New York, NY 10019

*5. I served the party:*
  **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 12:22PM

*7. Person Who Served Papers:*
  a. Jason Agee
  **b. Class Action Research &**
  Litigation Support Services, Inc.
  P O Box 740
  Penryn, CA 95663
  c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

6 - 5 - 07
*(Date)*

_____
*(Signature)*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State**

My Commission Expires  2 - 3 - 10
*(Date)*

**AFFIDAVIT OF SERVICE**
**Summons & Complaint**

_____
*(Notary Public)*

saru4.100165