BATTS/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/07

-----------------------------------------------------------x
LOCALS 302 AND 612 OF THE                          :
INTERNATIONAL UNION OF OPERATING                   :
ENGINEERS-EMPLOYERS CONSTRUCTION                   :
INDUSTRY RETIREMENT TRUST,                         :
Derivatively on Behalf of                          :
LEHMAN BROTHERS HOLDINGS, INC.,                    :
                                                   :   Case No.: 07-CV-03950 (DAB/HBP)
                                     Plaintiff,    :
                                                   :
                   v.                              :
                                                   :
RICHARD S. FULD, JR., JOSEPH M.                    :
GREGORY, CHRISTOPHER M. O'MEARA,                   :
THOMAS A. RUSSO, JEREMY M. ISAACS,                 :
DAVID GOLDFARB, BRADLEY H. JACK,                   :
JEFFREY VANDERBEEK, JONATHAN E.                    :
BEYMAN, MICHAEL L. AINSLIE, JOHN F.                :
AKERS, ROGER S. BERLIND, THOMAS H.                 :
CRUIKSHANK, MARSHA JOHNSON EVANS,                  :
SIR CHRISTOPHER GENT, ROLAND A.                    :
HERNANDEZ, HENRY KAUFMAN, JOHN D.                  :
MACOMBER and DINA MERRILL,                         :
                                                   :
                                  Defendants,      :
                                                   :
                   - and -                         :
                                                   :
LEHMAN BROTHERS HOLDINGS, INC.,                    :
                                                   :
                        Nominal Defendant.         :
-----------------------------------------------------------x

**STIPULATION** AND ORDER /DAB/

WHEREAS Plaintiff Locals 302 and 612 of the International Union of Operating

Engineers-Employers Construction Industry Retirement Trust ("International Union") filed a

complaint in the United States District Court for the Southern District of New York on or about

May 21, 2007 entitled *International Union ex rel. Lehman Brothers Holdings, Inc. v. Fuld, et al.,* Civil Action No. 07-CV-03950;

WHEREAS there are two related cases currently pending in this Court, namely *Garber ex rel. Lehman Brothers Holdings, Inc. v. Fuld, et al.,* Civil Action No. 07-CV-02990 and *Staehr ex rel. Lehman Brothers Holdings, Inc. v. Fuld, et al.,* Civil Action No. 07-CV-03562 (the "Related Actions");

WHEREAS Nominal Defendant Lehman and the individual defendants were served with the summons and complaint in this action on June 1, 2007;

WHEREAS Nominal Defendant Lehman and the individual defendants currently have until June 21, 2007 to answer or move to dismiss the complaint in this action pursuant to Fed. R. Civ. P. 12;

WHEREAS counsel for International Union and counsel for Defendants consider an extension of Defendants' time to respond in order to seek consolidation of this action with the Related Actions to be in the best interests of all parties and the most efficient use of the Court's resources;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. Nominal Defendant Lehman and the individual defendants' response date to the complaint filed in this action is hereby adjourned pending the consolidation of this action with the Related Actions and the appointment of lead plaintiff and/or lead counsel.

2. A consolidated complaint shall be filed within forty-five (45) days after the appointment of lead plaintiff and/or lead counsel.

2

3.    Within forty-five (45) days after they are served with a copy of the

consolidated complaint, Lehman and any individuals named as defendants therein shall answer

or move to dismiss the consolidated complaint.

4.    If motions to dismiss are filed by Lehman and/or any individual

defendants, then Plaintiffs shall file their opposition, if any, within forty-five (45) days after the

filing of such motion(s).

5.    Lehman and/or any moving individual defendants shall file their replies on

their motion(s), if any, within twenty-one (21) days after the filing of Plaintiffs' opposition

papers.

6.    This Stipulation shall not prejudice any party's rights in this action.

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____               Dated: June 19, 2007
     Samuel H. Rudman (SR-7957)
     David A. Rosenfeld (DR-7564)

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

William S. Lerach
Darren J. Robbins
Travis E. Downs III
Benny C. Goodman III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust*

3

SIMPSON THACHER & BARTLETT LLP

By: _____                    Dated: June 19, 2007

Michael J. Chepiga (MC-4168)
James G. Gamble (JG-6286)
Eric M. Albert (EA-7169)

425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants*

IT IS SO ORDERED this **21** day of **June**, 2007.

HON. DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

4